

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 11−51228
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Larry Michael Griffin Jr.
114 N. Ranney Way
Mooresville, NC 28117
Social Security No.: xxx−xx−8094

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion to Substitute Counsel filed in the above referenced case on 03/03/2016 as document # 49 is defective for the reason(s) marked below:

Document does not comply with LR 9013−1(e).

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: March 3, 2016                                          Steven T. Salata
                                                              Clerk of Court

Electronically filed and signed (3/3/16)